```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MILTON SIMON WASHINGTON          :     CIVIL ACTION
                                 :
              v.                 :
                                 :
David Diguglielmo, et al.        :     NO. 07-3974
```

MEMORANDUM OPINION

Fullam, Sr. J.                                   October 23, 2007


      Petitioner, Milton Simon Washington, is a state prisoner at SCI Graterford.  Mr. Washington has filed a petition seeking *habeas corpus* relief pursuant to 28 U.S.C. § 2254.  A previously filed petition was dismissed with prejudice in Civil Action No. 92-6093.

      The "second and successive" rule of 28 U.S.C. § 2244(b) requires that the petitioner obtain leave from the Court of Appeals before filing petitions for *habeas corpus* if a previous petition has been dismissed with prejudice.  Until the Court of Appeals grants such leave, this Court lacks jurisdiction to consider Mr. Washington's petition.

      An Order follows.